950 A.2d 269

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Tracy McINTOSH, Petitioner.**

Supreme Court of Pennsylvania.

May 29, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2008, Application for Leave to File Original Process is GRANTED and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.

Justice TODD did not participate in the consideration or decision of this matter.